IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR16-02213-TUC-RCC(JR) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Sergio Sanchez-Ochoa, | ) | |
| Defendant. | ) | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Rateau (Doc. 54),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and GRANTS IN PART and DENIES IN PART the Motion to Suppress Statements (Doc. 32) pursuant thereto.

DATED this 23rd day of August, 2017.

Raner C. Collins
Chief United States District Judge