# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-02213-TUC-RCC (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Sergio Sanchez-Ochoa, | |
| Defendant. | |

This matter was referred to the U.S. Magistrate Judge for a Report and Recommendation on Defendant's Motion to Suppress Statements for *Miranda* Violation (Doc. 32).

**IT IS ORDERED** that the Court **ADOPTS** the Report and Recommendation in its entirety.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Suppress Statements for *Miranda* Violation is **GRANTED IN PART AND DENIED IN PART.**

Dated this 11th day of October, 2017.

_____
Raner C. Collins
Chief United States District Judge